# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>Crystal Blanca Lopez<br><br><br>    Defendant. | Case No. 14cr3003-DMS<br><br>TH<br><br>JUDGMENT OF DISMISSAL |
|---|---|

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__  Remand U.S. Court of Appeals, Previously Imposed Sentence is Hereby Set Aside and Vacated, and

__  an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

__  the Court has dismissed the case for unnecessary delay; or

_x_  the Court has granted the motion of the Government for dismissal, with    prejudice; or

__  the Court has granted the motion of the defendant for a judgment of acquittal; or
__  a jury has been waived, and the Court has found the defendant not guilty; or

__  the jury has returned its verdict, finding the defendant not guilty;

_x_  of the offense(s) as charged in the Information:

8:1324(a)(2)(B)(iii); 18:2

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

Dated: 11/24/2015

Hon. Jan M. Adler
United States District Judge